FILED
CLERK, U.S. DISTRICT COURT
FEB - 8 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRRALL FARROW CANNON, ) | NO. EDCV 08-0153-RGK(CT) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| DEBRA DEXTER, Warden, ) | |
| Respondents. ) | |

The court has ordered that the petition be dismissed because it was either erroneously filed in this court or, if intentionally filed, is a second or successive petition subject to dismissal pursuant to 28 U.S.C. § 2244(b) because there is no authorizing order from the Court of Appeals.

ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: FEB - 8 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE